# STATE OF LOUISIANA

## COURT OF APPEAL, THIRD CIRCUIT

NO: KW 07-01160

**Judgment rendered and mailed to all parties or counsel of record on September 20, 2007 at 10:30 a.m.**

STATE OF LOUISIANA
IN THE INTEREST OF
MYCHAL D. BELL

FILED: 09/19/07

On application of Mychal D. Bell for Writ of Review in No. J-4002 on the docket of the Twenty-Eighth Judicial District Court, Parish of LaSalle, Hon. John Philip Mauffray, Jr.

Louis Granderson Scott
Carol Denise Powell-Lexing

Counsel for:
Mychal D. Bell

Hon. J. Reed Walters

Counsel for:
State of Louisiana

Lake Charles, Louisiana, on September 20, 2007.

**WRIT GRANTED AND MADE PEREMPTORY:** The trial court is hereby ordered to conduct a hearing on the Defendant's application for writ of habeas corpus within 72 hours of this opinion, pursuant to the provisions of La.Code Crim.P. art. 354 or La.Ch.Code arts. 812-831, if applicable.

_____     _____     _____
JDS                                      MGS                                      JDP